UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEON LEE CARROLL, | No. C-11-3378 EMC |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| CITY OF HERCULES, *et al.*, | |
| Defendants. | |
_____/

On April 3, 2012, an Order Granting Defendants' Motion to Dismiss was entered. Plaintiff was given thirty (30) days from the date of the order to file an amended complaint and was expressly informed that, if no timely amended complaint were filed, then the case would be dismissed with prejudice, and the Clerk of the Court would enter judgment against Plaintiff and close the file in the case.

As of this day, no amended complaint has been filed. Accordingly, the Court hereby dismisses the complaint with prejudice as to all defendants. The Clerk is instructed to enter judgment and close the file.

IT IS SO ORDERED.

Dated: May 9, 2012

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CARROLL et al,

        Plaintiff,

v.

CITY OF HERCULES et al,

        Defendant.

Case Number: CV11-03378 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Coleon Lee Carroll
3713 Di Maggio Way
Antioch, CA 94509

Dated: May 9, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2